**Fill in this information to identify your case:**

Unites States Bankruptcy Court for the District of Montana

Case number (if known): 15-_____

Chapter you are filing under:
■ Chapter 7
❏ Chapter 11
❏ Chapter 12
❏ Chapter 13

❏ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone.  A married couple may file a bankruptcy case together - called a *joint case* - and in joint cases, these forms use *you* to ask for information from both debtors.  For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car.  When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them.  In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*.  The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supply correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

| **Part 1:** | **Identify Yourself** |
| --- | --- |

|  | **About Debtor1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- |
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the Trustee | Joanne<br>First Name<br><br>Louise<br>Middle Name<br><br>Hopper<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name<br><br>_____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name<br><br>_____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | xxx-xx - 3504<br><br>OR<br><br>9xx-xx - ____ ____ ____ ____ | xxx - xx - ____ ____ ____ ____<br><br>OR<br><br>9xx-xx - ____ ____ ____ ____ |

16-60036-RBK   Doc#: 1   Filed: 01/27/16   Page 1 of 51

|  | **About Debtor 1:** | **About Debtor 2 (Spouses Only in a Joint Case):** |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

■ I have not used any business names or EINs.

_____
Business Name

_____
Business Name

EIN ___ ___ - ___ ___ ___ ___ ___ ___

EIN ___ ___ - ___ ___ ___ ___ ___ ___

❏ I have not used any business names or EINs.

_____
Business Name

_____
Business Name

EIN ___ ___ - ___ ___ ___ ___ ___ ___

EIN ___ ___ - ___ ___ ___ ___ ___ ___

**5. Where you live**

<u>76 Antelope Road</u>
<u>Townsend MT 59644</u>

<u>Gallatin</u>
County

**If Debtor 2 lives at a different address:**

_____
Number        Street

_____
City        State        ZIP Code

_____
County

**If you mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
City        State        ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number        Street

_____
City        State        ZIP Code

_____
County

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

❏ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

_____

*Check one:*

❏ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

❏ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

_____

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for individuals Filing for Bankruptcy* (Form 2010).  Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

❏ Chapter 11

❏ Chapter 12

❏ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.**  Please check with the clerk's office in your local court for more details about how you may pay.  Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order.  If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

❏ **I need to pay the fee in installments.**  If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

❏ **I request that my fee be waived.**  (You may request this option only if you are filing for Chapter 7.  By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments.  If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No

❏ Yes.  District _____ When _____ Case number _____
                                                                    MM / DD / YYYY

                 District _____ When _____ Case number _____
                                                                    MM / DD / YYYY

                 District _____ When _____ Case number _____
                                                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

❏ Yes.  Debtor _____ Relationship to you _____

                 District _____ When _____ Case number, if known _____
                                                                    MM / DD / YYYY

                 Debtor _____ Relationship to you _____

                 District _____ When _____ Case number, if known _____
                                                                    MM / DD / YYYY

**11. Do you rent your residence?**

■ No.  Go to line 12.

❏ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

            ❏ No.  Go to line 12.

            ❏ Yes.  Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---------|-----------------------------------------------------------|

**12. Are you a sole proprietor of any full - or part-time business?**

■ No. Go to Part 4.

❏ Yes. Name and location of business

_____

Name of business, if any

_____

Number              Street

_____

City                          State          Zip Code

*Check the appropriate box to describe your business:*

❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❏ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a small business director?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.  If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statements, and federal income tax return of if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

❏ No.  I am not filing Chapter 11.

❏ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

❏ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Page 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---------|-------------------------------------------------------------------------------------------------|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No

❏ Yes.  What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property?

_____

Number              Street

_____

City                          State          Zip Code

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

❑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

❑ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

❑ **I am not required to receive a briefing about credit counseling because of:**

❑ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

❑ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

❑ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouses Only in a Joint Case):**

 You must check one:

❑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

❑ **I received a briefing from an approved credit counseling agency with the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

❑ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

❑ **I am not required to receive a briefing about credit counseling because of:**

❑ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

❑ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

❑ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Part 6: | Answer These Questions for Reporting Purposes |
|---------|-----------------------------------------------|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

❑ No. Go to line 16b.
■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** Business debts are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

■ No. Go to line 16c.
❑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debs.

_____.

**17. Are you filing under Chapter 7?**

❑ No. I am not filing under Chapter 7. Go to line 18.

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ No

❑ Yes

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ❑ 1,000-5,000 | ❑ 25,0001-50,000 |
| ❑ 50-99 | ❑ 5,001-10,000 | ❑ 50,001-100,000 |
| ❑ 100-199 | ❑ 10,001-25,000 | ❑ More than 100,000 |
| ❑ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ■ $0-$50,000 | ❑ $1,000,001-$10 million | ❑ $500,000,001-$1 billion |
| ❑ $50,001-$100,000 | ❑ $10,000,001-$50 million | ❑ $1,000,000,001-$10 billion |
| ❑ $100,001-$500,000 | ❑ $50,000,001-$100 million | ❑ $10,000,000,001-$50 billion |
| ❑ $500,001-$1 million | ❑ $100,000,001-$500 million | ❑ more than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ❑ $0-$50,000 | ❑ $1,000,001-$10 million | ❑ $500,000,001-$1 billion |
| ❑ $50,001-$100,000 | ❑ $10,000,001-$50 million | ❑ $1,000,000,001-$10 billion |
| ■ $100,001-$500,000 | ❑ $50,000,001-$100 million | ❑ $10,000,000,001-$50 billion |
| ❑ $500,001-$1 million | ❑ $100,000,001-$500 million | ❑ more than $50 billion |

| Party 7: | Sign Below |
|----------|------------|

For you

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, Unites States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✖ <u>Joanne Louise Hopper</u>                     ✖ _____
Signature of Debtor 1                                 Signature of Debtor 2

Executed on <u>January 27, 2016</u>             Executed on _____
             MM / DD / YYYY                        MM / DD / YYYY

16-60036-RBK  Doc#: 1  Filed: 01/27/16  Page 6 of 51

Debtor 1 __Joanne Louise Hopper__   Case number *(if known)* _____

First Name, Middle Name, Last Name

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each Chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the noticed required by 11 U.S.C. § 342(b) and, in a case in which § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

✖ Stuart R. Whitehair                                    Date __January 27, 2016__
Signature of Attorney for Debtor                                MM / DD / YYYY

Stuart R. Whitehair
Printed Name

Stuart R. Whitehair, P.C.
Firm Name

403 West Mendenhall Street
Number Street

Bozeman   MT          59715
City         State          ZIP Code

Contact phone:  406-587-4200  Email address: stuartwhitehair@gmail.com

3069                    Montana
Bar number             State

Fill in this information to identify your case:

Debtor 1 _Joanne Louise Hopper_

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the District of Montana

Case number _____

❑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

**1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

■ No.  Go to Party 2.

❑ Yes.  Where is the property?

1.1 _____
Street address, if available, or other description

_____

_____

County _____

**What is the property?**  Check all that apply.

❑ Single-family home
❑ Duplex or multi-unit building
❑ Condominium or cooperative
❑ Manufactured or mobile home
❑ Land
❑ Investment property
❑ Timeshare
❑ Other _____

**Who has an interest in the property?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**_____

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

**Current value of the entire property?**
$_____

**Current vale of the portion you own?**
$_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

❑ Check if this is community property
(see instructions)

**2.  Add the dollar value of the portion you own for all of your entries from Part 1, including an entries for pages you have attached for Part 1.  Write that number here.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➜

| $0.00 |
|---|

| Part 2: | Describe Your Vehicles |

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

❑ No
■ Yes

3.1 Make:  <u>Pontiac</u>

Model: <u>Sunfire</u>

Year: <u>2002</u>

Approximate mileage: 100,000

Other information:

_____

**Who has an interest in the property?**  Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this is a community property** (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured Claims by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**

<u>$1,833.00</u>          <u>$1,833.00</u>

If you own or have more than one, describe here:

3.2 Make:

Model:

Year:

Approximate mileage:

Other information:

_____

**Who has an interest in the property?**  Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this is a community property** (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured Claims by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**

<u>$0.00</u>          <u>$0.00</u>

3.3 Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

_____

**Who has an interest in the property?**  Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this is a community property** (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured Claims by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**

$_____          $_____

3.4 Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

_____

**Who has an interest in the property?**  Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this is a community property** (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured Claims by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**

$_____          $_____

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

❏ No
❏ Yes

4.1 Make:

   Model:

   Year:

   Approximate mileage:

   Other information:

   _____

**Who has an interest in the property?** Check one.

❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another

❏ **Check if this is a community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured Claims by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $_____ | $_____ |

If you own or have more than one, list here:

4.2 Make:

   Model:

   Year:

   Approximate mileage:

   Other information:

   _____

**Who has an interest in the property?** Check one.

❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another

❏ **Check if this is a community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured Claims by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $_____ | $_____ |

**5. Add the dollar value of the portion you own for all of your entries from Part 2, including an entries for pages you have attached for Part 2. Write that number here.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | $1,833.00 |

| **Part 3:** | **Describe Your Personal and Household Items** |
| --- | --- |

**Do you own or have any legal or equitable interest in any of the following items?**

                                                         **Current value of the
portion you own?**

6.    **Household goods and furnishings**                                    Do not deduct secured claims
     *Examples:* Major appliances, furniture, linens, china, kitchenware          or exemptions.

     ❑ No
     ■ Yes.  Describe . . . . . . . __table, china/crystal, washer and dryer, patio furniture__        __$545.00__

7.    **Electronics**
     *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music
     collections; electronic devices including cell phones, cameras, media players, games

     ■ No
     ❑ Yes.  Describe . . . . . . . . _____        __$0.00__

8.    **Collectibles of value**
     *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
     stamp, coin, or baseball card collections; other collections, memorabilia, collectibles.

     ❑ No
     ■ Yes.  Describe . . . . . . . __antique hutch__        __$500.00__

9.    **Equipment for sports and hobbies**
     *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis, canoes
     and kayaks; carpentry tools; musical instruments.

     ■ No
     ❑ Yes.  Describe . . . . . . . . _____        __$0.00__

10.    **Firearms**
     *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment.

     ❑ No
     ■ Yes.  Describe . . . . . . . __archery equipment, 410 shotgun__        __$200.00__

11.    **Clothes**
     *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

     ❑ No
     ■ Yes.  Describe . . . . . . . everyday clothes        __$350.00__

12.    **Jewelry**
     *Examples:* Everyday jewelry, costume jewelry, engagement rings, heirloom jewelry, watches, gems, gold, silver

     ■ No
     ❑ Yes.  Describe . . . . . . . . _____        __$0.00__

13.    **Non-farm animals**
     *Examples:* Dogs, cats, birds, horses

     ■ No
     ❑ Yes.  Describe . . . . . . . . _____        __$0.00__

14.    **Any other personal household items you did not already list, including any health aids you did not list**

     ■ No
     ❑ Yes.  Give specific . . . . . . . _____        __$0.00__
                 information

15.    **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3.**
    **Write that number here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .** ➔ __$1,595.00__

| Part 4: | Describe Your Financial Assets |
|---------|--------------------------------|

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16.  **Cash**
     *Examples*: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

     ■ No
     ☐ Yes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    Cash . . . . . . . .    $0.00

17.  **Deposits of money**
     *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, another similar institutions.  If you have multiple accounts with the same institution, list each.

     ☐ No
     ■ Yes . . . . . . . . . .

     | | | |
     |---|---|---|
     | 17.1 Checking account: | Opportunity Bank (checking account no. 3669) | $200.00 |
     | 17.2 Checking account: | _____ | $0.00 |
     | 17.3 Savings account: | _____ | $0.00 |
     | 17.4 Savings account: | _____ | $0.00 |
     | 17.5 Certificates of deposit: | _____ | $0.00 |
     | 17.6 Other financial account: | _____ | $0.00 |
     | 17.7 Other financial account: | _____ | $0.00 |
     | 17.8 Other financial account: | _____ | $0.00 |
     | 17.9 Other financial account: | _____ | $0.00 |

18.  **Bonds, mutual funds, or publicly traded stocks**
     *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

     ■ No
     ☐ Yes . . . . . . . . .    Institution or issuer name:

     _____    $0.00
     _____    $0.00
     _____    $0.00

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

     ■ No
     ☐ Yes.  Give specific information about them . . . . . .

     | Name of entity: | % of ownership: | |
     |---|---|---|
     | _____ | _____ % | $0.00 |
     | _____ | _____ % | $0.00 |
     | _____ | _____ % | $0.00 |

**20.** **Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashier's checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.
■ No
❑ Yes. Give specific
information about them . . . .

| | Issuer name: | |
|---|---|---|
| | _____ | $0.00 |
| | _____ | $0.00 |
| | _____ | $0.00 |

**21.** **Retirement or pension accounts**
Examples: Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
❑ No
■ Yes.  List each
account separately . . . .

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | Empower Retirement | $774.95 |
| Pension plan: | _____ | $0.00 |
| IRA: | _____ | $0.00 |
| Retirement account: | _____ | $0.00 |
| Keogh: | _____ | $0.00 |
| Additional account: | _____ | $0.00 |
| Additional account: | _____ | $0.00 |

**22.** **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others
■ No
❑ Yes . . . . . . . . . . . . . .

| | Institution name or individual: | |
|---|---|---|
| Electric | _____ | $0.00 |
| Gas: | _____ | $0.00 |
| Heating Oil: | _____ | $0.00 |
| Security deposit on rental unit: | _____ | $0.00 |
| Prepaid rent: | _____ | $0.00 |
| Telephone: | _____ | $0.00 |
| Water: | _____ | $0.00 |
| Rented Furniture: | _____ | $0.00 |
| Other: | _____ | $0.00 |

**23.** **Annuities.**  (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
❑ Yes . . . . . . . . . . . . . .

| | Issuer name and description: | |
|---|---|---|
| | _____ | $0.00 |
| | _____ | $0.00 |
| | _____ | $0.00 |

24. **Interests in a education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 526(b)(1).
    ■ No
    ❑ Yes . . . . . . . . . . . . .      Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521©:

    _____     $0.00

    _____     $0.00

    _____     $0.00

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ❑ Yes.  Give specific
    information about them . . . .   _____     $0.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    Examples: Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ❑ Yes.  Give specific
    information about them . . . .   _____     $0.00

27. **Licenses, franchises, and other general intangibles**
    Examples: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ❑ Yes.  Give specific
    information about them . . . .   _____     $0.00

**Money or property owed to you?**                                                      **Current value of the portion you own?**
                                                                                        Do not deduct secured claims or exemptions

28. **Tax refunds owed to you**
    ■ No
    ❑ Yes.  Give specific information
    about them, including whether
    you already filed the returns     _____   Federal:   $0.00
    and the tax years . . . . . . . . . . .   _____   State      $0.00
                                              _____   Local      $0.00

29. **Family Support**
    *Examples*: Past due or lump sum alimony, spousal support, maintenance, divorce settlement, property settlement
    ■ No
    ❑ Yes.  Give specific Information . . . .   _____

                                                                     Alimony:            $0.00

                                                                     Maintenance:        $0.00

                                                                     Support:            $0.00

                                                                     Divorce Settlement  $0.00

                                                                     Property Settlement $0.00

30. **Other amounts someone owes you**
    Examples: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
    Social Security Benefits; unpaid loans you made to someone else
    ■ No
    ❑ Yes.  Give specific  . . . . . . .   _____     $0.00
            information

**31.** **Interests in insurance policies**
*Examples*: Health, disability, or life insurance, health savings account (HSA); credit, homeowner's, or renter's insurance

■ No
❑ Yes. Name the insurance company    Company name:         Beneficiary:          Surrender or refund value:
of each policy and list its value . . . . .

    _____   _____   <u>$0.00</u>

    _____   _____   <u>$0.00</u>

    _____   _____   <u>$0.00</u>

**32.** **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
❑ Yes. Give specific information . . . . . . .   _____   <u>$0.00</u>

**33.** **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
Examples: Accidents, employment disputes, insurance claims, or rights to sue

■ No
❑ Yes. Describe each claim . . . . . . . . .   _____   <u>$0.00</u>

**34.** **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No
❑ Yes. Describe each claim . . . . . . . . . .   _____   <u>$0.00</u>

**35.** **Any financial assets you did not already list**

■ No
❑ Yes. Give specific information . . . . . . .   _____   <u>$0.00</u>

**36.** **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for part 4.**
**Write that number here** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔   <u>$974.95</u>

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1. |
|---|---|

**37.** **Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.
❑ Yes. Go to line 38.

                                                        **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38.** **Accounts receivable or commissions you already earned**

■ No
❑ Yes. Describe . . . . . . _____   <u>$0.00</u>

**39.** **Office equipment, furnishings, and supplies**
*Examples*: Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

■ No
❑ Yes. Describe . . . . . . _____   <u>$0.00</u>

Official Form 106A/B            **Schedule A/B: Property**             Page 8

**40.**   **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

■ No
❑ Yes.  Describe . . . . . . . _____     <u>$0.00</u>

**41.**   **Inventory**

■ No
❑ Yes.  Describe . . . . . . . _____     <u>$0.00</u>

**42.**   **Interests in partnerships or joint ventures**

■ No
❑ Yes.  Describe . . . . . . .   Name of entity:                   % of ownership:

                               _____     _____%     <u>$0.00</u>

                               _____     _____%     <u>$0.00</u>

                               _____     _____%     <u>$0.00</u>

**43.**   **Customer lists, mailing lists, or other compilations**

■ No.
❑ Yes.    Do your lists include personally identifiable information (as defined in 11 U.S.C. § 1014(41A))?
          ❑ No
          ❑ Yes.  Describe . . . . . . . _____     <u>$0.00</u>

**44.**   **Any business-related property you did not already list**

■ No
❑ Yes.  Give specific information . . . . .   _____     <u>$0.00</u>

                                             _____     <u>$0.00</u>

                                             _____     <u>$0.00</u>

**45.**   **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
          for Part 5. Write that number here** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ <u>**$0.00**</u>

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46.**   **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No.  Go to Part 7.
❑ Yes.  Go to line 47.

                                                                        **Current value of the
                                                                        portion you own?**
                                                                        Do not deduct secured claims
                                                                        or exemptions

**47.**   **Farm animals**
          *Examples: Livestock, poultry, farm-raised fish*
          ■ No
          ❑ Yes. . . . . . .     _____     <u>$0.00</u>

**48.**   **Crops - either growing or harvested**

■ No

❑ Yes.  Give specific information . . . . . . .  _____  $0.00

**49.**   **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

■ No

❑ Yes  . . . . . . . .  _____  $0.00

**50.**   **Farm and fishing supplies, chemicals, and feed**

■ No

❑ Yes  . . . . . . . .  _____  $0.00

**51.**   **Any farm - and commercial fishing-related property you did not already list**

■ No

❑ Yes.  Give specific information . . . . . .  _____  $0.00

**52.**   **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for part 6.**
          **Write that number here** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➜ <u>**$0.00**</u>

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53.**   **Do you have other property or any kind you did not already list?**
          Examples: Season tickets, country club membership

■ No

❑ Yes.  Give specific information . . . . .  _____  $0.00

                                            _____  $0.00

                                            _____  $0.00

**54.**   **Add the dollar value of all of your entries from Part 7.  Write that number here** . . . . . . . . . . . . . . . . . . . . . . . . . ➜ <u>**$0.00**</u>

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

**55.**   Part 1: Total real estate, line 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➜ <u>**$0.00**</u>

**56.**   Part 2: Total vehicles, line 5                    $1,833.00

**57.**   Part 3: Total personal and household items, line 15   $1,595.00

**58.**   Part 4: Total financial assets, line 36           $974.95

**59.**   Part 5: Total business-related property, line 45   $0.00

**60.**   Part 6: Total farm-and fishing-related property, line 52   $0.00

**61.**   Part 7: Total other property not listed, line 54   +  $0.00

**62.**   Total personal property.  Add lines 56 through 61. . . . . . . .   $4,402.95     Copy personal property total . . . . . ➜ <u>**$4,402.95**</u>

**63.**   Total all property on Schedule A/B.  Add line 55 + line 62 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . <u>$4,402.95</u>

Debtor 1    <u>Joanne Louise Hopper</u>

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the District of Montana

Case number _____

❏ Check if this is an amended filing

**Official Form 106C**

# Schedule C: The Property You Claim as Exempt

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions - such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds-may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| **Part 1:** | **Identify the Property You Claim as Exempt** |
| --- | --- |

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ❏ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ❏ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: <u>Household goods & furnishings</u><br><br>Line from Schedule A/B: <u>6</u> | $1,045.00 | ❏ $_____<br>■ 100% of fair market value, up to any applicable statutory limit | §25-13-609(1) MCA |
| Brief description: <u>Firearms</u><br><br>Line from Schedule A/B: <u>10</u> | $200.00 | ❏ $_____<br>■ 100% of fair market value, up to any applicable statutory limit | §25-13-609(1) MCA |
| Brief description: <u>Clothes</u><br><br>Line from Schedule A/B: <u>11</u> | $350.00 | ❏ $_____<br>■ 100% of fair market value, up to any applicable statutory limit | §25-13-609(1) MCA |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ❏ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
          ❏ No
          ❏ Yes

**Part 2:**      **Additional Page**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: <u>Motor Vehicles</u><br><br>Line from Schedule A/B: <u>3.1</u> | $1,833.00 | ❏ $_____<br>■ 100% of fair market value, up to any applicable statutory limit | §25-13-609(2) MCA |
| Brief description: <u>Retirement Account</u><br><br>Line from Schedule A/B: <u>3</u> | $774.95 | ❏ $_____<br>■ 100% of fair market value, up to any applicable statutory limit | §31-2-106(3) MCA |

Fill in this information to identify your case:

Debtor 1    Joanne Louise Hopper

Debtor 2
(Spouse, if filing)    _____

United States Bankruptcy Court for the District of Montana

Case number _____

❑ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.    **Do any creditors have claims secured by your property?**
  ❑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
  ■ Yes. Fill in all the information below.

| Part 1: | List All Secured Claims |
|---|---|

2.    **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of Claim**<br>Do not deduct the value of the collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>if any |
|---|---|---|---|---|
| **2.1**<br>Loan Servicing Department<br>First Mortgage Company LLC<br>P.O. Box 14576<br>Oklahoma City, OK 73113 | **Describe the property that secures the claim:**<br>Mortgage<br>76 Antelope Road<br>Townsend MT 59644 | | | |
| | | $133,201.63 | $243,900.00 | $0.00 |

Who owes the debt? Check one
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
❑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset)
_____

**Last 4 digits of account number 1530**

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $133,201.63

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect form you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fil out or submit this page.

One which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ____  ____  ____  ____

One which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ____  ____  ____  ____

One which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ____  ____  ____  ____

One which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ____  ____  ____  ____

One which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ____  ____  ____  ____

| Fill in this information to identify your case: |
|---|

Debtor 1    Joanne Louise Hopper

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the District of Montana

Case number _____

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to an executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List All of your PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims against you?**
    ■ No. Go to Part 2.
    ☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

| 2.1 | | Last 4 digits of account number __ __ __ __ | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| | | **When was the debt incurred?** _____ | | | |

As of the date you file, the claim is: check all that apply.    $0.00    $0.00    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

| **Part 2:** | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3.      **Do any creditors have nonpriority unsecured claims against you?**
      ❑ No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.
      ■ Yes

4.      **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**  If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | **Total claim** |
|---|---|---|

**4.1**
Cabela's Inc.
Attention: Corporate Outfitters
One Cabela Drive
Sidney, Nebraska 69160

**Last 4 digits of account number 0137**

**When was the debt incurred? 1997**

**As of the date you file, the claim is:** check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

<u>$5,521.50</u>

**Who incurred the debt?** Check one
■ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
❑ Yes

**Type of NONPRIORITY unsecured claim:**
❑ Student Loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
■ Other.  Specify <u>credit card, medical, personal loan</u>

**4.2**
Capital One
PO Box 60599
City of Industry CA 91716-0599

**Last 4 digits of account number 5145**

**When was the debt incurred? 2012**

**As of the date you file, the claim is:** check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

<u>$2,729.00</u>

**Who incurred the debt?** Check one
■ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
❑ Yes

**Type of NONPRIORITY unsecured claim:**
❑ Student Loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
■ Other.  Specify <u>credit card, medical, personal loan</u>

Debtor 1  <u>Joanne Louise Hopper</u>          Case number *(if known)* _____
     First Name, Middle Name, Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

**After listing any entries on this page, number them beginning with 4.3, followed by 4.4, and so forth.**

|  | Total claim |
|---|---|

**4.3**
Helena Surgicenter
2440 Winne Avenue, Suite 100
Helena MT 59601

**Last 4 digits of account number 3420**          $302.84

**When was the debt incurred? June 2015**

**As of the date you file, the claim is:** check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one
■ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
❑ Yes

Type of **NONPRIORITY** unsecured claim:
❑ Student Loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify <u>credit card, medical, personal loan</u>

---

**4.4**
St. Peter's Hospital
PO Box 6228
Helena MT 59604

**Last 4 digits of account number 7233**          $1,066.71

**When was the debt incurred? June 2015**

**As of the date you file, the claim is:** check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one
■ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
❑ Yes

Type of **NONPRIORITY** unsecured claim:
❑ Student Loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify <u>credit card, medical, personal loan</u>

---

**4.5**
Lewis and Clark Emergency Physicians
PO Box 864951
Orlando FL 32886-4951

**Last 4 digits of account number 0034**          $525.00

**When was the debt incurred? _____**

**As of the date you file, the claim is:** check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
❑ Yes

Type of **NONPRIORITY** unsecured claim:
❑ Student Loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify <u>credit card, medical, personal loan</u>

Debtor 1   Joanne Louise Hopper
_____
First Name, Middle Name, Last Name

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |

|  | Total claim |
| --- | --- |

**4.6**
X-Out
PO Box 2011
Harlan IA 51593-2226

**Last 4 digits of account number 2301**

**When was the debt incurred? July 2015**

**As of the date you file, the claim is:** check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

$22.94

**Who incurred the debt?**  Check one
■ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
❑ Yes

Type of **NONPRIORITY** unsecured claim:
❑ Student Loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
■ Other.  Specify credit card, medical, personal loan

---

**4.7**
Credit One Bank
PO Box 60500
City of Industry CA 91716-0500

**Last 4 digits of account number 5498**

**When was the debt incurred? October 2015**

**As of the date you file, the claim is:** check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

$100.95

**Who incurred the debt?**  Check one
■ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
❑ Yes

Type of **NONPRIORITY** unsecured claim:
❑ Student Loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
■ Other.  Specify credit card, medical, personal loan

---

**4.8**
Citi Bank South Dakota
PO Box 6241
Sioux Falls SD 57117

**Last 4 digits of account number 1683**

**When was the debt incurred? _____**

**As of the date you file, the claim is:** check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

$348.96

**Who incurred the debt?**  Check one
■ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
❑ Yes

Type of **NONPRIORITY** unsecured claim:
❑ Student Loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
■ Other.  Specify credit card, medical, personal loan

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---------|-------------------------------------------------------|

| | Total claim |
|---|---|

4.9
GE Money Bank
PO Box 103104
Roswell GA 30076

**Last 4 digits of account number __ __ __ __**          $350.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one
■ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
❑ Yes

Type of **NONPRIORITY** unsecured claim:
❑ Student Loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
■ Other.  Specify credit card, medical, personal loan

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5     **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.  For example, if a collection agency is trying to collect form you for a debt you owe to someone else, list the creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fil out or submit this page.**

World's Foremost Bank
4800 NW 1ˢᵗ Street, Suite 300
Lincoln, NE 68521

**One which entry in Part 1 or Part 2 did you enter the creditor?**

Line 4.1 of (check one):  ❑ Part 1: Creditors with Priority Unsecured Claims
                             ■ Part 2: Creditors with Nonpriority Unsecured Claims

Webcollex, LLC
505 Independence Parkway, Suite 300
Chesapeake,  VA  23320-5178

**Last 4 digits of account number 0137**

Smith Law Firm, P.C.
PO Box 1691
Helena MT 59624

Portfolio Recovery Associates
PO Box 12914
Norfolk VA 23541

**One which entry in Part 1 or Part 2 did you enter the creditor?**

Line 4.8 of (check one):  ❑ Part 1: Creditors with Priority Unsecured Claims
                             ■ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number 1683**

Debtor 1    Joanne Louise Hopper                                                    Case number *(if known)*

_____
First Name, Middle Name, Last Name                                                  _____

<table>
<tr><td style="background:black;color:white"><strong>Part 4:</strong></td><td><strong>Add the Amounts for Each Type of Unsecured Claim</strong></td></tr>
</table>

6.    **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.** Add the amounts for each type of unsecured claim.

|  |  |  | **Total Claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated.** | 6c. | $0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. Total. Add lines 6a through 6d. | 6e. | $0.00 |

|  |  |  | **Total Claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims.** | 6g. | $0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts.** | 6h. | $0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i + | $0.00 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $0.00 |

Fill in this information to identify your case:

Debtor 1    Joanne Louise Hopper

Debtor 2
(Spouse, if filing)           

United States Bankruptcy Court for the District of Montana

Case number                 

❏ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.    **Do you have any executory contract or unexpired leases?**
      ■ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
      ❏ Yes. Fil lin all of the information below even if the contract or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.    **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**

**Person or company with whom you have the contact or lease**          **State what the contract or lease is for**

2.1

Name

Number      Street

City             State        ZIP Code

| Fill in this information to identify your case: |
|---|

Debtor 1 <u>Joanne Louise Hopper</u>

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the District of Montana

Case number _____

❑ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as a complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1.  **Do you have any codebtors?**
    ❑ No
    ■ Yes

2.  **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

    ■ No. Go to line 3.
    ❑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ❑ No.
    ❑ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

    _____
    Name of your spouse, former spouse, or legal equivalent

    _____
    Number          Street

    _____
    City                          State                  ZIP Code

3.  **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

3.1
David Hopper
76 Antelope Road
Townsend MT 59644

Check all schedules that apply

■ Schedule D, line <u>2.1</u>
❑ Schedule E/F, line _____
❑ Schedule G, line _____

Fill in this information to identify your case:

Debtor 1    Joanne Louise Hopper

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the District of Montana

Case number _____

**Official Form 106I**

_____

Check if this is an amended filing
☐ An amended filing
☐ A supplemental showing postpetition chapter 13 income of the
of the following date:

_____
MM / DD / YYYY

# Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (f known). Answer every question.

**Part 1:**      **Describe Employment**

|  |  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **1. Fill in your employment information.** If you have more than one job, attach a separate page with information about additional employers. Include part-time, seasonal or self-employed work. Occupation may include student or homemaker, if it applies. | **Employment Status** | ■ Employed<br>☐ Not Employed | ☐ Employed<br>☐ Not Employed |
|  | **Occupation** | Certified Grander/#2 Sawyer | _____ |
|  | **Employer's name** | RY Timber | _____ |
|  | **Employer's address** | 85 Mill Road<br>Townsend MT 59644 | _____ |
|  | **How long employed there?** | 3 years | _____ |

**Part 2:**      **Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.
If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2. List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $2,159.16 | $0.00 |
| **3. Estimate and list monthly overtime pay.** | 3. | $0.00 | $0.00 |
| **4. Calculate gross income.** Add line 2 + line 3. | 4. | $2,159.16 | $0.00 |
| **5. List all payroll deductions:** | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $361.22 | $0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |

Debtor 1 <u>Joanne Louise Hopper</u>  Case number *(if known)* _____
First Name, Middle Name, Last Name

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5e. **Insurance** | 5e. | $209.00 | $0.00 |
| 5f. **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| 5h. **Other deductions.** Specify: <u>gloves</u> | 5h. | $21.10 | $0.00 |
| 6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $591.32 | $0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $1,567.84 | $0.00 |

8. **List all other income regularly received:**

| | | | |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm.**<br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | $0.00 |
| 8b. **Interest and dividends** | 8b. | $0.00 | $0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive.**<br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| 8d. **Unemployment Compensation** | 8d. | $0.00 | $0.00 |
| 8e. **Social Security** | 8e. | $0.00 | $0.00 |
| 8f. **Other government assistance that you regularly receive**<br> Include cash assistance and the value (if known) any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h. | $0.00 | $0.00 |
| 9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $0.00 | $0.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9.<br> Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $1,567.84 | $0.00 | $1,567.84 |

11. **State all regulator contributions to the expenses that you list in** *Schedule J.*
Include contributions form an unmarried partner, members of your household, your dependants, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____ 11. +  $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.**
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies. 12.  <u>$1,567.84</u>
Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?

❏ No.
❏ Yes. Explain: _____

16-60036-RBK Doc#11 Filed: 02/27/16 Page 32 of 51

Fill in this information to identify your case:

Debtor 1    Joanne Louise Hopper

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the District of Montana

Case number _____

Official Form 106J
_____

Check if this is:
❑ An amended filing
❑ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

# Schedule J: Your Expenses    12/15

Be as complete and accurate as possible. If two married people are filing together both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
|---------|------------------------|

1. Is this a joint case?

　　　■ No. Go to line 2.
　　　❑ Yes. **Does Debtor 2 live in a separate household?**

　　　　　❑ No.
　　　　　❑ Yes. Debtor 2 must file Official Form 106-J-2, *Expenses for Separate Household of Debtor 2*

| 2. **Do you have dependants?** | | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|---|
| Do not list Debtor 1 and Debtor 2. | ❑ No ■ Yes. Fill out this information for each dependent ......................... | | | |
| Do not state the dependents' names. | | Son | 18 years old | ❑ No ■ Yes |
| | | Son | 11 years old | ❑ No ■ Yes |

3. Do you expenses include expenses of people other than yourself and your dependents?　❑ No　■ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
|---------|----------------------------------------|

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I:* Your Income (Official Form B 6I)

|  |  | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $0.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $0.00 |

Debtor 1  <u>Joanne Louise Hopper</u>
First Name, Middle Name, Last Name

Case number *(if known)* _____

| | Your expenses |
|---|---|
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $0.00 |
| 4d. Homeowners's association or condominium dues | 4d. $0.00 |
| **5. Additional mortgage payments for your residence**, such as home equity loans | 5. $0.00 |
| **6. Utilities:** | |
| 6a. Electricity, heat, natural gas | 6a. $120.00 |
| 6b. Water, sewer, garbage collection | 6b. $0.00 |
| 6c. Telephone, cell phone, internet, satellite, and cable services | 6c. $100.00 |
| 6d. Other. Specify: _____ | 6d. $0.00 |
| **7. Food and housekeeping supplies** | 7. $900.00 |
| **8. Childcare and children's education costs** | 8. $47.00 |
| **9. Clothing. Laundry, and dry cleaning** | 9. $10.00 |
| **10. Personal case products and services** | 10. $0.00 |
| **11. Medical and dental expenses** | 11. $50.00 |
| **12. Transportation.** Include gas, maintenance, bus or train fare (do not include car payments). | 12. $105.00 |
| **13. Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $10.00 |
| **14. Charitable contributions and religious donations** | 14. $60.00 |
| **15. Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| 15a. Life insurance | 15a. $0.00 |
| 15b. Health insurance | 15b. $0.00 |
| 15c. Vehicle insurance | 15c. $120.00 |
| 15d. Other insurance. Specify: _____ | 15d. $0.00 |
| **16. Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.  Specify: _____ | 16. $0.00 |
| **17. Installment or lease payments:** | |
| 17a. Car payments for Vehicle 1 | 17a. $0.00 |
| 17b. Car payments for Vehicle 2 | 17b. $0.00 |
| 17c. Other. Specify: _____ | 17c. $0.00 |
| 17d. 17c. Other. Specify: _____ | 17d. $0.00 |
| **18. Your payments of alimony, maintenance, and support you did not report as deducted from your pay on line 5, *Schedule I, Your income* (Official Form B 6I)** | 18. $0.00 |
| **19. Other payments you make to support others who do not live with you.**  Specify: _____ | 19. $0.00 |
| **20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your income.** | |
| 20a. Mortgage on other property | 20a. $0.00 |
| 20b. Real estate taxes | 20b. $0.00 |
| 20e. Homeowner's association or condominium dues | 20e. $0.00 |

| | | |
|---|---|---|
| 21. **Other:** Specify: _____ | 21. | $0.00 |
| 22. **Calculate your monthly expenses.** | 22. | $0.00 |
|     22a.  Add lines 4 through 21. | 22a. | $1,522.00 |
|     22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106-J-2 | 22b. | $0.00 |
|     22c.  Add lines 22a and 22b.  The result is your monthly expenses. | 22c. | $1,522.00 |
| 23. **Calculate your monthly net income.** | | |
|     23a.  Copy line 12 (your combined monthly income) from Schedule I. | 23a. | $1,567.84 |
|     23b.  Copy your monthly expenses from line 22c above. | 23b. | $1,522.00 |
|     23c.  Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $45.84 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.

> Explain here:

Fill in this information to identify your case:

Debtor 1    <u>Joanne Louise Hopper</u>

Debtor 2   <u>            </u>
(Spouse, if filing)

United States Bankruptcy Court for the District of Montana

Case number <u>                        </u>

❑ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

| Part 1: | Summarize Your Assets |
| --- | --- |

|  | **Your assets**<br>Value of what you own |
| --- | --- |
| 1. *Schedule A/B: Property* (Official Form 106A/B) |  |
|     1a. Copy line 55, Total real estate, from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | <u>$0.00</u> |
|     1b. Copy line 62, Total personal property, from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | <u>$4,402.95</u> |
|     1c. Copy line 63, Total of all property on *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | <u>$4,402.95</u> |

| Part 2: | Summarize Your Liabilities |
| --- | --- |

|  | **Your liabilities**<br>Amount you owe |
| --- | --- |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) |  |
|     2a. Copy the total you listed in Column A, Amount of Claim, at the bottom of the last page of Part 1 of Schedule D. . . . | <u>$133,201.63</u> |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) |  |
|     3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* . . . . . . . . . . . . . . . | <u>$0.00</u> |
|     3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* . . . . . . . . . . . . . + | <u>$10,967.90</u> |
| **Your total liabilities** | <u>$144,169.53</u> |

| Part 3: | Summarize Your Income and Expenses |
| --- | --- |

|  |  |
| --- | --- |
| 4. *Schedule I: Your Income* (Official Form 106I) |  |
|     Copy your combined monthly income from line 12 of Schedule I . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | <u>$1,567.84</u> |
| 5. *Schedule J: Your Expenses* (Official Form 106J) |  |
|     Copy your monthly expenses from line 22c of Schedule J . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | <u>$1,522.00</u> |

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11 or 13?**
   ❑ No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.
   ■ Yes

7. **What kind of debt do you have?**
   ■ **Your debts are primarily consumer debts.**  Consumer debts are those "incurred by and individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

   ❑ **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8. **From the Statement of Your Current Monthly Income:** Copy your total current monthly income from Official
   Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                    __$2,353.72__

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

|  | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a.  Domestic support obligations (Copy line 6a.) | __$0.00__ |
| 9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.) | __$0.00__ |
| 9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | __$0.00__ |
| 9d.  Student loans.  (Copy line 6f.) | __$0.00__ |
| 9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | __$0.00__ |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | + __$0.00__ |
| 9g.  **Total**.  Add lines 9a through 9f. | __$0.00__ |

Fill in this information to identify your case:

Debtor 1    <u>Joanne Louise Hopper</u>

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the District of Montana

Case number _____

❑ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| **Sign Below** |
| --- |

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

❑ Yes. Name of person _____. Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✖ <u>Joanne Louise Hopper</u>
Signature of Debtor 1

✖ _____
Signature of Debtor 2

Date <u>January 27, 2016</u>
    MM / DD / YYYY

Date _____
    MM / DD / YYYY

Official Form 106Dec        **Declaration About an Individual Debtor's Schedules**

Fill in this information to identify your case:

Debtor 1 <u>Joanne Louise Hopper</u>

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the District of Montana

Case number _____

❑ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Page 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

1. **What is your current marital status?**
   - ❑ Married
   - ■ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - ❑ No
   - ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ❑ Same as Debtor 1 | ❑ Same as Debtor 1 |
| 218 North Pine<br>Townsend MT 59644 | From May 2012<br>To April 2013 | _____<br>Number        Street | From _____<br>To _____ |
| | | _____<br>City        State        ZIP Code | |
| 412 North Spruce Street<br>Townsend MT 59644 | From April 2013<br>To September 2013 | ❑ Same as Debtor 1 | ❑ Same as Debtor 1 |
| | | _____<br>Number        Street | From _____<br>To _____ |
| | | _____<br>City        State        ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ■ No
   - ❑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2:**    **Explain the Sources of Your Income**

4.    **Did you have any income from employment or from operating a business during this year or the two previous calender years?** Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.
☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of Income**<br>Check all that apply | **Gross Income**<br>(before deductions and exclusions) | **Sources of Income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $1,298.79 | | |
| **For last calender year:**<br>(January 1 to December 31, 2015) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $27,542.66 | | |
| **For last calender year:**<br>(January 1 to December 31, 2014) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $27,669.60 | | |

5.    **Did you receive any other income during this year or the two previous calender years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of Income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) | **Sources of Income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | $0.00 | | | |
| **For last calender year:**<br>(January 1 to December 31, 2015) | $5,131.00 | Tax Refunds | | |
| **For last calender year:**<br>(January 1 to December 31, 2014) | $6,518.00 | Tax Refunds | | |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6.**      **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

     ❏ No.      **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family or household purpose."

                 During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

                 ■ No.        Go to Line 7.
                 ❏ Yes.     List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

                 * Subject to adjustment on 4/01/2016 and every 3 years after that for cases filed on or after the date of adjustment.

     ■ Yes.     **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
               During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

                 ■ No.        Go to Line 7.
                 ❏ Yes.     List below each creditor to whom you paid a total of $600 or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of Payment | Total amount paid | Amount you still owe | Was this payment for … |
|---|---|---|---|---|
| _____ | _____ <br><br> _____ <br><br> _____ | $_____ | $_____ | ❏ Mortgage <br> ❏ Car <br> ❏ Credit card <br> ❏ Loan repayment <br> ❏ Suppliers or vendors <br> ❏ Other _____ |
| _____ | _____ <br><br> _____ <br><br> _____ | $_____ | $_____ | ❏ Mortgage <br> ❏ Car <br> ❏ Credit card <br> ❏ Loan repayment <br> ❏ Suppliers or vendors <br> ❏ Other _____ |
| _____ | _____ <br><br> _____ <br><br> _____ | $_____ | $_____ | ❏ Mortgage <br> ❏ Car <br> ❏ Credit card <br> ❏ Loan repayment <br> ❏ Suppliers or vendors <br> ❏ Other _____ |

**7.**     **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
           Insiders include your relatives; and general partners; relatives of any general partners; partnerships of which you are a general partner; corporations fo
           which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a
           business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations, such as child support and alimony.

           ■ No
           ❏ Yes.  List all payments to an insider.

|  | Dates of Payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____ | _____ | $_____ | $_____ |  |
|  | _____ |  |  |  |
|  | _____ |  |  |  |

**8.**     **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefitted an insider?  Include payments on debts guaranteed or consigned by an insider?**

           ■ No
           ❏ Yes.  List all payments that benefitted an insider.

|  | Dates of Payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| _____ | _____ | $_____ | $_____ |  |
|  | _____ |  |  |  |
|  | _____ |  |  |  |

<div style="background:black;color:white;display:inline-block;padding:2px 8px"><strong>Part 4:</strong></div>      **Identify Legal Actions, Repossessions, and Foreclosures**

**9.**     **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
           List all such matters, including persona injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

           ■ No
           ❏ Yes.  Fill in the details.

|  | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title _____ |  | _____ | ❏ Pending |
| _____ |  |  | ❏ On appeal |
| Case number _____ |  |  | ❏ Concluded |
| Case title _____ | Nature of the case | Court or agency | Status of the case |
| _____ |  | _____ | ❏ Pending |
| Case number _____ |  |  | ❏ On appeal |
|  |  |  | ❏ Concluded |

16-60036-RBK   Doc#: 1   Filed: 01/27/16   Page 42 of 51

**10.** **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No.  Go to line 11.
❑ Yes.  Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____ | | _____ | $_____ |

Explain what happened

❑ Property was repossessed.
❑ Property was foreclosed.
❑ Property was garnished.
❑ Property was attached, seized, or levied.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____ | | _____ | $_____ |

Explain what happened

❑ Property was repossessed.
❑ Property was foreclosed.
❑ Property was garnished.
❑ Property was attached, seized, or levied.

**11.** **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
❑ Yes.  Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ | | _____ | $_____ |

Last 4 digits of account number:

**12.** **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
❑ Yes

| Part 5: | List Certain Gifts and Contributions |

13.    **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
❑ Yes.  Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you have the gifts | Value |
|---|---|---|---|
| _____ |  | _____ | $_____ |

Person's relationship to you _____

14.    **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
❑ Yes.  Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____ |  | _____ | $_____ |

| Part 6: | List Certain Losses |

15.    **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
❑ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid.  List pending insurance claims on line 33 of *Schedule A/B: Property* | Date of your loss | Value of Property lost |
|---|---|---|---|
|  |  | _____ | $_____ |

| Part 7: | List Certain Payments or Transfers |

16.    **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
       Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

❑ No
■ Yes.  Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Stuart R. Whitehair<br>Stuart R. Whitehair, P.C.<br>403 West Mendenhall Street<br>Bozeman MT 59715<br>stuartwhitehair@gmail.com | Attorneys' fees | 10/31/2015 | $1,535.00 |
| 001 Debtorcc, Inc.<br>378 Summit Avenue<br>Jersey City, NJ  07306<br>debtoredu.com | Credit Counseling | 10/29/2015 | $14.95 |

**17.**      **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
❏ Yes.  Fill in the details.

| _____ | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____<br>Email or website address | | _____ | $_____ |
| _____<br>Person Who Made the Payment, if Not You | | | |

**18.**      **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

❏ No
■ Yes.  Fill in the details.

| | Description and value of any property transferred | Described any property or payments received or debts paid in exchange | Date Transfer was made |
|---|---|---|---|
| Dave Hopper<br>76 Antelope Road<br>Townsend MT 59644 | | | |
| Person's relationship to you: ex-husband | 76 Antelope Road<br>Townsend MT 59644 | Signed house over to ex-husband per Dissolution Decree.  No proceeds. | March 2012 |

**10.**      **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device or which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
❏ Yes.  Fill in the details.

**Description and value of the property transferred**

Name of Trust _____                      Date transfer was made _____

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates or deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperative, associations, and other financial institutions.

■ No
❏ Yes.  Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____ | xxxx- ____ ____ ____ ____ | ❏ Checking<br>❏ Savings<br>❏ Money market<br>❏ Brokerage<br>❏ Other _____ | _____ | $_____ |
| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| _____ | xxxx- ____ ____ ____ ____ | ❏ Checking<br>❏ Savings<br>❏ Money market<br>❏ Brokerage<br>❏ Other | _____ | $_____ |

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
❏ Yes.  Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____ | _____ | | ❏ No<br>❏ Yes |

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

**23.** **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
❏ Yes.  Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| _____ | _____ | | $_____ |

| Part 10: | Give Details About Environmental Information |
|---|---|

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything or environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notes, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
❑ Yes.  Fill in the details.

| | Governmental unit | Environmental law, if you now it | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |

25.  **Have you notified any governmental unit of any releases of hazardous material?**

■ No
❑ Yes.  Fill in the details.

| | Governmental unit | Environmental law, if you now it | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

■ No
❑ Yes.  Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | _____ | | ❑ Pending |
| _____ | | | ❑ On appeal |
| _____ | | | ❑ Concluded |
| Case number | | | |

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27.** **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

❑ A sole proprietor of self-employed in a trade, profession, or other activity, either full-time or part-time
❑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
❑ A partner in a partnership
❑ An officer, director, or managing executive of a corporation
❑ An owner of at least 5% of the voting or equity securities of a corporation

■ No.  None of the above applies.  Go to Part 12.
❑ Yes.  Check all that apply above and fill in the details below for each business.

_____

**Describe the nature of the business**

Name of accountant or bookkeeper

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: ___ ___  - ___ ___ ___ ___ ___ ___ ___

Dates business existed

From _____ To _____

_____

**Describe the nature of the business**

Name of accountant or bookkeeper

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: ___ ___  - ___ ___ ___ ___ ___ ___ ___

Dates business existed

From _____ To _____

_____

**Describe the nature of the business**

Name of accountant or bookkeeper

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: ___ ___  - ___ ___ ___ ___ ___ ___ ___

Dates business existed

From _____ To _____

**28.** **Within 2 years before you filed for bankruptcy, did you have a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

■ No
❑ Yes.  Fill in the details below.

_____

Date issued?

_____
MM / DD / YYYY

Debtor 1    <u>Joanne Louise Hopper</u>

Case number *(if known)*
_____

First Name, Middle Name, Last Name

| Part 12: | Sign Below |
|---|---|

**I have read the answers on this Statement of Financial Affairs and any attachments, and I declare under penalty of perjury that the answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.**

✖ <u>Joanne Louise Hopper</u>                              ✖ _____
Signature of Debtor 1                                        Signature of Debtor 2

Date <u>January 27, 2016</u>                                Date _____

Did you attach additional pages to Your Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official From 107)?

■ No
❑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

■ No
❑ Yes.  Name of person _____.      Attach the Bankruptcy Petition Preparer's Notice, Declaration, and Signature
(Official Form 119).

Debtor 1    Joanne Louise Hopper

Debtor 2
(Spouse, if filing)    _____

United States Bankruptcy Court for the District of Montana

Case number    _____

❑ Check if this is an amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

**12/15**

**If you are an individual filing under Chapter 7, you must fill out this form if :**
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for meeting or creditors, whichever is earlier, unless the court extends the time for cause.  You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information.

Both debtors must sign and date the form.

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | **List Your Creditors Who Have Secured Claims** |

1.    **For any creditors that you listed in Part 1 or Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| **Identify the creditor and the property that is collateral** | **What do you intend to do with the property that secures a debt?** | **Did you claim the property as exempt on Schedule C?** |
|---|---|---|
| Creditor's name: First Mortgage Company, LLC<br><br>Description of property<br>securing debt: 76 Antelope Road, Townsend MT 59644 | ■ Surrender the property.<br>❑ Retain the property and redeem it.<br>❑ Retain the property and enter into a Reaffirmation Agreement.<br>❑ Retain the property and [explain]:<br>_____ | ■No<br>❑ Yes |
| Creditor's name:<br><br>Description of property<br>securing debt: | ❑ Surrender the property.<br>❑ Retain the property and redeem it.<br>❑ Retain the property and enter into a Reaffirmation Agreement.<br>❑ Retain the property and [explain]:<br>_____ | ❑ No<br>❑ Yes |
| Creditor's name:<br><br>Description of property<br>securing debt: | ❑ Surrender the property.<br>❑ Retain the property and redeem it.<br>❑ Retain the property and enter into a Reaffirmation Agreement.<br>❑ Retain the property and [explain]:<br>_____ | ❑ No<br>❑ Yes |

| **Part 2:** | List Your Unexpired Personal Property Leases |
|---|---|

**For any expired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below.  Do not list real estate leases.  *Unexpired Leases* are leases that are still in effect; the lease period has not yet ended.  You may assume an unexpired personal property lease if the trustee does not assume it.  11 U.S.C. § 365(p)(2).**

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name: | ❏ No<br>❏ Yes |
| Description of leased property: | |
| Lessor's name: | ❏ No<br>❏ Yes |
| Description of leased property: | |
| Lessor's name: | ❏ No<br>❏ Yes |
| Description of leased property: | |
| Lessor's name: | ❏ No<br>❏ Yes |
| Description of leased property: | |

| **Part 3:** | Sign Below |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✖ Joanne Louise Hopper                        ✖ _____
Signature of Debtor 1                                Signature of Debtor 2

Date January 27, 2016                          Date _____
     MM / DD / YYYY                                        MM / DD / YYYY